JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 684 -- IN RE BANKAMERICA SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/01/14 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERTIFICATE OF SERVICE -- Defendant Charles R. Schwab (A-1 thru A-11) -- SUGGESTED TRANSFEREE DISTRICT: CENTRAL DISTRICT OF CALIFORNIA, SUGGESTED TRANSFEREE JUDGE: ? (paa) |
| 86/01/24 | | APPEARANCES: MELVIN GOLDMAN, ESQ. FOR BankAmerica Corp.; PATRICK J. MAHONEY, ESQ. For Charles R. Schwab; DOUGLAS C. CONROY, ESQ. for Ernst & Whinney; EVELYN HUTT, ESQ. for Samuel Armacost, Leland Prussia, Arthur Toupin, A.W. Clausen, Lloyd Sugaski, Robert Belanger, and C.J. Medberry; PHILIP NEUMARK, ESQ. for Kwong Ning Fung, et al. (cds) |
| 86/01/29 | 2 | RESPONSE/MEMORANDUM, EXHIBITS A - D -- pltfs Kwong Ning Fung, et al. -- w/cert. of service (cds) |
| | | APPEARANCE -- John W. Stamper, Esq. for Peter O'Malley, C. B. Branch Richard P. Cooley, Roy L. Ash, Walter A. Haas, Jr., Phil M. Hawley, Rene C. McPherson, John R. Beckett, Najeeb E. Halaby, C. R. Dahl, Cornell Maier, Robert S. McNamara, Andrew Brimmer, John R. Grey Ignacio E. Lozano, Jr., T. M. Daniel, Jr., David S. Lewis, Ruben F. Mettler, Franklin D. Murphy (rew) |
| 86/02/04 | 3 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- BankAmerica Corp. -- DENIED (rh) |
| 86/02/05 | 4 | REPLY -- Charles R. Schwab -- w/cert. of svc. (rh) |
| 86/02/14 | 5 | SECOND AMENDED SCHEDULE OF ACTIONS -- (to pldg. #1) Corrects schedule, (attached to pldg. #1) filed by Charles R. Schwab -- w/cert. of svc. (rh) |
| 86/02/19 | 6 | MEMORANDUM -- (to pldg. #1) BankAmerica Corp. -- w/cert. of svc. (rh) |
| 86/02/20 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 27, 1986 in San Francisco, CA (rh) |
| 86/03/05 | 7 | LETTER -- Signed Maura A. Johnston behalf C.D. California plaintiffs requesting oral argument -- DENIED -- NOTIFIED COUNSEL. (paa) |
| 86/03/07 | 8 | RESPONSE/MEMORANDUM (to pldg. #7) -- plaintiff, Barbara Zarowitz -- with certificate of service. (paa) |

684     IN RE BANKAMERICA SECURITIES LITIGATION

| | | | |
|---|---|---|---|
| 86/03/13 | 9 | NOTICE OF ORDER TRANSFERRING CASE TO C.D. California by Judge Marilyn H. Patel. (Kwon Ning Fung, et al. v. Charles R. Schwab, C.A. NO. C-85-6523-MHP, N.D. California). (paa) |
| 86/03/21 | | ORDER DENYING MOTION AS MOOT AND VACATING HEARING -- Notified involved judges, clerks, counsel and misc. recipients (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 684 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE BANKAMERICA SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Not heard MOOT | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | March 21, 1986 | MO | Unpublished | Denied as Moot | | |

Special Transferee Information

DATE CLOSED: 3/21/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 684 -- IN RE BANKAMERICA SECURITIES LITIGATION

| | Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|---|
| | A-1 | Kwong Ning Fung, et al. v. Charles R. Schwab | Cal.,N. Patel | C-85-6523-MHP ~~(Bx)~~ | | | | #1404 to C.Cal. 3/10/86 |
| * | A-2 | Barbara Zarowitz, etc. v. BankAmerica Corp. et al. | Cal.,C. Keller | CV-85-4779-WDK (Bx) | | | | |
| * | A-3 | Edward Rudolph, etc. v. BankAmerica Corp., et al. | Cal.,C. Keller | CV-85-4845-WDK (Bx) | | | | |
| * | A-4 | Elliot Dubowski, etc. v. BankAmerica Corp., et al. | Cal.,C. Keller | CV-85-4844-WDK (Bx) | | | | |
| * | A-5 | Benjamin Raphan, etc. v. BankAmerica Corp., et al. | Cal.,C. Keller | CV-85-5091-WDK (Bx) | | | | |
| * | A-6 | Anthony Tammaro, Inc. Profit Sharing Trust, et al. v. Samuel H. Armacost, et al. | Cal.,C. Keller | CV-85-4843-WDK (Bx) | | | | |
| * | ~~A-7~~ | ~~Anthony Tammaro, Inc. Profit Sharing Trust, v. Samuel H. Armacost, et al.~~ | Cal.,C. Keller | CV-85-4779-WDK (Bx) | | | deleted from schedule | |
| * | A-8 | Sidney Wycentowski v. Samuel H. Armacost, et al. | Cal.,C. Keller | CV-85-5089-WDK (Bx) | | | | |
| * | A-9 | Audrey Kaufman v. Samuel H. Armacost, et al. | Cal.,C. Keller | CV-85-5090-WDK (Bx) | | | | |
| * | A-10 | William Steiner v. Samuel H. Armacost, et al. | Cal.,C. Keller | CV-85-5928-WDK ~~(Bx)~~ (JBX) | | | | |

* all cases ~~(A-2,3,4 & 5)~~ Consolidated Cal.,C. In re BankAmerica Securities Litigation, CV85-4779-WDK

DOCKET NO. 684 -- IN RE BANKAMERICA SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Andrew Klein, etc. v. Leland S. Prussia, et al. | Cal.,C. Tashima | CV-85-8401-AWT ~~(Bx)~~ (G) | ✓ | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 684 -- In re BankAmerica Securities Litigation

---

| | |
|---|---|
| KWONG NING FUNG, ET AL. (A-1)<br>Philip Neumark, Esq.<br>Hallisey and Johnson<br>One California Street<br>Suite 2235<br>San Francisco, CA 94111-5471<br><br>BARBARA ZAROWITZ, ETC. (A-2)<br>EDWARD RUDOLPH, ETC. (A-3)<br>ELLIOT DUBOWSKI, ETC. (A-4)<br>BENJAMIN RAPHAN, ETC. (A-5)<br>ANTHONY TAMMARO, INC. PROFIT<br>  SHARING TRUST, ET AL. (A-6)<br>ANTHONY TAMMARO, INC. PROFIT<br>  SHARING TRUST (A-7)<br>SIDNEY WYCENTOWSKI (A-8)<br>AUDREY KAUFMAN (A-9)<br>WILLIAM STEINER (A-10)<br><br>(NO APPEARANCE RECEIVED)<br>William S. Lerach, Esq.<br>Jan M. Adler, Esq.<br>Milberg, Weiss, Bershad, Specthrie<br>  & Lerach<br>225 Broadway<br>2000 Central Savings Tower<br>San Diego, CA 92101<br><br>ANDREW KLEIN, ETC. (A-11)<br>Tracy Kirkham, Esq.<br>Cooper, Kirkham & McKinney<br>300 Montgomery Street<br>Suite 600<br>San Francisco, CA 94104 | CHARLES R. SCHWAB<br>Patrick J. Mahoney, Esq.<br>Cooley, Godward, Castro,<br>  Huddleson & Tatum<br>One Maritime Plaza, 20th Floor<br>San Francisco, CA 94111<br><br>BANKAMERICA CORPORATION<br>  & BANK OF AMERICA<br>Jack W. Londen, Esquire<br>Morrison & Foerster<br>California Center<br>345 California Street<br>San Francisco, CA 94104-2105<br><br>ERNST & WHINNEY<br>Douglas C. Conroy, Esq.<br>Paul, Hastings, Janofsky & Walker<br>555 South Flower Street<br>Twenty-second Floor<br>Los Angeles, CA 90071<br><br>SAMUEL H. ARMACOST<br>LELAND S. PRUSSIA<br>ARTHUR V. TOUPIN<br>A.W. CLAUSEN<br>LLOYD J. SUGASKI<br>ROBERT BELANGER<br>C.J. MEDBERRY<br>Evelyn Balderman Hutt, Esq.<br>Hufstedler, Miller, Carlson<br>  & Beardsley<br>700 South Flower Street<br>16th Floor<br>Los Angeles, CA 90017-4286 |

DOCKET NO. 684 -- In re BankAmerica Securities Litigation

| | |
|---|---|
| PETER O'MALLEY<br>C.B. BRANCH<br>RICHARD P. COOLEY<br>ROY L. ASH<br>WALTER A. HAAS, JR.<br>PHILIP M. HAWLEY<br>RENE C. McPHERSON<br>JOHN R. BECKETT<br>NAJEEB E. HALABY<br>C.R. DAHN<br>CORNELL MAIER<br>ROBERT S. McNAMARA<br><br>John W. Stamper, Esq.<br>O'Melveny & Meyers<br>400 South Hope Street<br>Los Angeles, CA 90071 | ANDREW BRIMMER<br>JOHN R. GREY<br>IGNACIO E. LOZANO, JR.<br>T.M. DANIEL, JR.<br>DAVID S. LEWIS<br>RUBEN F. METTLER<br>FRANKLIN D. MURPHY |
| THOMAS A. DEAN<br>WILLIAM BOLIN<br><br>UNABLE TO DETERMINE COUNSEL<br>FOR THE ABOVE PARTIES | |

LEAD COUNSEL for PLAINTIFFS

RICHARD D. GREENFIELD, Esq.,
GREENFIELD & CHIMICLES
One Haverford Centre
Haverford, PA 19041

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 684 -- IN RE BANKAMERICA SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| CHARLES R. SCHWAB | A-1, A-2, A-6, A-11 |
| BANKAMERICA CORPORATION | A-2, A-3, A-4, A-5, A-6, A-11, |
| SAMUEL S. ARMACOST | A-2, A-6, A-7, A-8, A-9, A-10, A-11, |
| LELAND S. PRUSSIA | A-2, A-6, A-11, |
| PETER O'MALLEY | A-2, A-6, A-11, |
| C.B. Branch | A-2, A-6, A-11, |
| RICHARD P. COOLEY | A-2, A-6, A-11, |
| ROY L. ASH | A-2, A-6, A-11, |
| WALTER A. HAAS, JR. | A-2, A-6, A-11, |
| PHILIP M. HAWLEY | A-2, A-6, A-11, |
| RENE C. McPHERSON | A-2, A-6, A-11, |

p. 2

| | |
|---|---|
| JOHN R. BECKETT | A-2, A-6, A-11, |
| NAJEEB E. HALABY | A-2, A-6, A-11, |
| C.J. MEDBERRY | A-2, A-11 |
| C.R. DAHL | A-2, A-6, A-11, |
| CORNELL C. MAIER | A-2, A-6, A-11, |
| ROBERT S. McNAMARA | A-2, A-6, A-11, |
| ERNST & WHINNEY | A-2, |
| ANDREW BRIMMER | A-6, |
| JOHN R. GREY | A-6, A-11, |
| IGNACIO E. LOZANO, JR. | A-6, |
| T.M. McDANIEL, JR. | A-6, A-11, |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 684 -- IN RE BANKAMERICA SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| DAVIS S. LEWIS | A-6, |
| RUBEN F. METTLER | A-6, |
| FRANKLIN D. MURPHY | A-6, A-11 |
| ARTHUR V. TOUPIN | A-6, |
| THOMAS A. DEAN | A-6, |
| A.W. CLAUSEN | A-6, |
| LLOYD S. SUGASKI | A-6, |
| WILLIAM BOLIN | A-6, |
| ROBERT A. BELANGER | A-6, |
| | |
| | |