JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 21 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 684

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BANKAMERICA SECURITIES LITIGATION

ORDER DENYING MOTION AS MOOT
AND VACATING HEARING

On January 14, 1986, a defendant in this docket moved the Panel, pursuant to 28 U.S.C. §1407, for an order transferring one action pending in the Northern District of California to the Central District of California for coordinated or consolidated pretrial proceedings with nine actions pending there. Subsequently, the Northern District of California action was transferred to the Central District of California pursuant to 28 U.S.C. §1404(a), in an order entered by Judge Marilyn H. Patel on March 10, 1986.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the hearing order filed on February 20, 1986 and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-684 -- In re BankAmerica Securities Litigation

### Northern District of California

Kwong Ning Fung, et al. v. Charles R. Schwab, C.A. No. C-85-6523-MHP (Bx)

### Central District of California

Barbara Zarowitz, etc. v. BankAmerica Corp. et al., C.A. No. CV-85-4779-WDK (Bx)
Edward Rudolph, etc. v. BankAmerica Corp., et al., C.A. No. CV-85-4845-WDK (Bx)
Elliot Dubowski, etc. v. BankAmerica Corp., et al., C.A. No. CV-85-4844-WDK (Bx)
Benjamin Raphan, etc. v. BankAmerica Corp., et al., C.A. No. CV-5091-WDK (Bx)
Anthony Tammaro, Inc. Profit Sharing Trust, etc. v. Samuel H. Armacost, et al., C.A. No. CV-85-4843-WDK (Bx)
Sidney Wycentowski, etc. v. Samuel H. Armacost, et al., C.A. No. CV-85-5089-WDK (Bx)
Audrey Kaufman, etc. v. Samuel H. Armacost, et al., C.A. No. CV-85-5090-WDK (Bx)
William Steiner, etc. v. Samuel H. Armacost, et al., C.A. No. CV-85-5928-WDK (Bx)
Andrew Klein, etc. v. Leland S. Prussia, et al., C.A. No. CV-85-8401-AWT (Bx)